UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDON MIGUEL BUENO DIAZ,

                    Plaintiff,

    -against-                                    19 **CIVIL** 1319 (AT)

## JUDGMENT

JOSEPH MERCURIO,

                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2020, Defendant's motion dismiss is GRANTED to the extent that the complaint is DISMISSED without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       July 10, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                                   **BY:**

                                                          **Deputy Clerk**